| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br><br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>The Law Office of Michael A. Alfieri<br>NJ ID: 005021989<br>30 Freneau Ave, Matawan, NJ 07747<br>Matawan, NJ 07747<br>Attorney for Secured Creditor, Lynx Asset Services LLC<br>M.A. - 4945 | |
| In Re:<br>Jennifer L. Hayes-Morris<br>77 Henry Ave<br>Elmer, NJ 08318 | Case No.: 19-21289<br>Chapter: 13<br>Hearing Date: _____<br>Judge: JNP |

## CERTIFICATION OF CONSENT
## REGARDING CONSENT ORDER

I certify that with respect to the Consent Order ___Consent Order on Post Petition Default___ submitted to the Court, the following conditions have been met:

(a) The terms of the consent order are identical to those set forth in the original consent order;

(b) The signatures represented by the /s/ _____ on the consent order reference the signatures of consenting parties obtained on the original consent order;

(c) I will retain the original consent order for a period of 7 years from the date of closing of the case or adversary proceeding.

(d) I will make the original consent order available for inspection on request of the Court or any party in interest; and

<u>Final paragraph options</u>:

☐ (e) *If submitting the consent order and this certification to the Court conventionally*, I acknowledge the signing of same for all purposes, including those under Fed. R. Bankr. P. 9011 (sign certification in pen and ink and the Court will scan);

☒ (e) *If submitting the consent order and this certification to the Court electronically via the presiding judge's e mail box, as a registered Participant of the Court's Case Management/ Electronic Files (CM/ECF) System*, I will simultaneously electronically file this certification with the Court, by use of my login and password, thereby signing same for all purposes including those under Fed. R. Bankr. P 9011 (sign certification with a /s/_____).

Date: 3/2/2022

Signature of Attorney

*rev.8/1/15*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

The Law Office of Michael A. Alfieri
NJ ID: 005021989
30 Freneau Ave, Matawan, NJ 07747
Matawan, NJ 07747
Attorney for Secured Creditor, Lynx Asset Services LLC
M.A. - 4945

In Re:
Jennifer L. Hayes-Morris
77 Henry Ave
Elmer, NJ 08318

Case No.: 19-21289

Chapter: 13

Hearing Date:

Judge: JNP

## Consent Order on Post Petition Default

The relief set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED**.

Page 2
   Debtor: Jennifer L. Hayes-Morris
   CAPTION OF ORDER: Consent Order on Post Petition Default
   ----------------------------------------------------------

THIS MATTER having been opened to the Court by Michael A. Alfieri, Esq. appearing on behalf of the Secured Creditor, Lynx Asset Services, LLC and by James DiMaggio, Esq., appearing on behalf of the Debtor(s), Jennifer L. Hayes-Morris, the Court having heard arguments of counsel;

IT IS ON THIS        DAY OF            , 2022

ORDERED that post-petition payments are due for January 2022 and February 2022, each in the amount of $1,409.85, for a total of $2,819.70; and it is further

ORDERED that the post-petition default in the amount of $2,819.70 will be paid through the Debtor's plan; and it is further

ORDERED that the Debtor shall make monthly payments in the amount of $1,409.85, on 1st day of every month, commencing on March 1, 2022 and every month thereafter; and it is further

Page 3

Debtor: Jennifer L. Hayes-Morris
CAPTION OF ORDER: Consent Order on Post Petition Default

-----------------------------------------------------------

ORDERED that in the event the Debtor (s) is late in any payment for a period exceeding thirty (30) days, upon certification by the mortgagee's attorney, with notice to the Court, Debtor and Debtor's attorney, the automatic stay shall be vacated with prospective relief by further order of this Court; and it is further

ORDERED that a copy of this Order be sent to all parties, herein within seven (7) days of filing;

J.U.S.B.C

WE HEREBY consent to the form and entry of the above.

/s/ James DiMaggio, Esq                             Date 3/1/2022
Attorney for Debtor(s)


/s/Michael A. Alfieri, Esq.                         Date 3/1/2022
Attorney for Secured Creditor