| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>The Law Office of Michael A. Alfieri<br>NJ ID: 005021989<br>30 Freneau Ave, Matawan, NJ 07747<br>Matawan, NJ 07747<br>Attorney for Secured Creditor, Lynx Asset Services LLC<br>M.A. - 4945 | Order Filed on March 3, 2022<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br>Jennifer L. Hayes-Morris<br>77 Henry Ave<br>Elmer, NJ 08318 | Case No.: 19-21289<br><br>Chapter: 13<br><br>Hearing Date:<br><br>Judge: JNP |

**Consent Order on Post Petition Default**

The relief set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED**.

**DATED: March 3, 2022**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Page 2

Debtor: Jennifer L. Hayes-Morris
CAPTION OF ORDER: Consent Order on Post Petition Default

---

THIS MATTER having been opened to the Court by Michael A. Alfieri, Esq. appearing on behalf of the Secured Creditor, Lynx Asset Services, LLC and by James DiMaggio, Esq., appearing on behalf of the Debtor(s), Jennifer L. Hayes-Morris, the Court having heard arguments of counsel;

IT IS ON THIS        DAY OF                , 2022

ORDERED that post-petition payments are due for January 2022 and February 2022, each in the amount of $1,409.85, for a total of $2,819.70; and it is further

ORDERED that the post-petition default in the amount of $2,819.70 will be paid through the Debtor's plan; and it is further

ORDERED that the Debtor shall make monthly payments in the amount of $1,409.85, on 1st day of every month, commencing on March 1, 2022 and every month thereafter; and it is further

Page 3

    Debtor: Jennifer L. Hayes-Morris
    CAPTION OF ORDER: Consent Order on Post Petition Default
-----------------------------------------------------------

ORDERED that in the event the Debtor (s) is late in any payment for a period exceeding thirty (30) days, upon certification by the mortgagee's attorney, with notice to the Court, Debtor and Debtor's attorney, the automatic stay shall be vacated with prospective relief by further order of this Court; and it is further

ORDERED that a copy of this Order be sent to all parties, herein within seven (7) days of filing;

                                                                                                       J.U.S.B.C

WE HEREBY consent to the form and entry of the above.

/s/ James DiMaggio, Esq                        Date 3/1/2022
Attorney for Debtor(s)


/s/Michael A. Alfieri, Esq.                       Date 3/1/2022
Attorney for Secured Creditor