| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>The Law Office of Michael A. Alfieri<br>NJ ID: 005021989<br>30 Freneau Ave, Matawan, NJ 07747<br>Matawan, NJ 07747<br>Attorney for Secured Creditor, Lynx Asset Services LLC<br>M.A. - 4945 | Order Filed on March 3, 2022<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br>Jennifer L. Hayes-Morris<br>77 Henry Ave<br>Elmer, NJ 08318 | Case No.: 19-21289<br><br>Chapter: 13<br><br>Hearing Date:<br><br>Judge: JNP |

**Consent Order on Post Petition Default**

The relief set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED**.

DATED: March 3, 2022

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Page 2

Debtor: Jennifer L. Hayes-Morris
CAPTION OF ORDER: Consent Order on Post Petition Default
-----------------------------------------------------------

THIS MATTER having been opened to the Court by Michael A. Alfieri, Esq. appearing on behalf of the Secured Creditor, Lynx Asset Services, LLC and by James DiMaggio, Esq., appearing on behalf of the Debtor(s), Jennifer L. Hayes-Morris, the Court having heard arguments of counsel;

IT IS ON THIS        DAY OF            , 2022

ORDERED that post-petition payments are due for January 2022 and February 2022, each in the amount of $1,409.85, for a total of $2,819.70; and it is further

ORDERED that the post-petition default in the amount of $2,819.70 will be paid through the Debtor's plan; and it is further

ORDERED that the Debtor shall make monthly payments in the amount of $1,409.85, on 1st day of every month, commencing on March 1, 2022 and every month thereafter; and it is further

Page 3

Debtor: Jennifer L. Hayes-Morris
CAPTION OF ORDER: Consent Order on Post Petition Default
-----------------------------------------------------------

ORDERED that in the event the Debtor (s) is late in any payment for a period exceeding thirty (30) days, upon certification by the mortgagee's attorney, with notice to the Court, Debtor and Debtor's attorney, the automatic stay shall be vacated with prospective relief by further order of this Court; and it is further

ORDERED that a copy of this Order be sent to all parties, herein within seven (7) days of filing;

_____
J.U.S.B.C

WE HEREBY consent to the form and entry of the above.

/s/ James DiMaggio, Esq                    Date 3/1/2022
Attorney for Debtor(s)


/s/Michael A. Alfieri, Esq.                Date 3/1/2022
Attorney for Secured Creditor

United States Bankruptcy Court

District of New Jersey

In re:                                                                                   Case No. 19-21289-JNP
Jennifer L. Hayes-Morris                                                                 Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1                       User: admin                          Page 1 of 2
Date Rcvd: Mar 04, 2022                    Form ID: pdf903                      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**
+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 06, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Jennifer L. Hayes-Morris, 77 Henry Ave, Elmer, NJ 08318-4133 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 06, 2022                        Signature:        /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 4, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Global Lending Services  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Gavin Stewart | on behalf of Creditor Global Lending Services  LLC bk@stewartlegalgroup.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| James DiMaggio | on behalf of Debtor Jennifer L. Hayes-Morris jdimaggio@keaveneylegalgroup.com jdimaggio@keaveneylegalgroup.com;atruss@keaveneylegalgroup.com |
| John R. Morton, Jr. | |

District/off: 0312-1 | User: admin | Page 2 of 2
Date Rcvd: Mar 04, 2022 | Form ID: pdf903 | Total Noticed: 1

on behalf of Creditor Santander Consumer USA Inc. dba Chrysler Capital ecfmail@mortoncraig.com  mortoncraigecf@gmail.com

Michael A. Alfieri
on behalf of Creditor LYNX ASSETS SERVICES LLC vdumani@malfierilaw.com

Rebecca Ann Solarz
on behalf of Creditor Global Lending Services  LLC rsolarz@kmllawgroup.com

U.S. Trustee
USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 9