| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>James DiMaggio, Esq.<br>Keaveney Legal Group<br>1000 Maplewood Drive, Suite 202<br>Maple Shade, NJ  08052<br>Telephone:  (856) 831-7119<br>Facsimile:  (856) 282-1090<br>atruss@keaveneylegalgroup.com<br>Attorney for Debtor | |
| In re:<br>　　　　Jennifer L. Hayes-Morris<br><br>　　　　Debtor. | Case No.:　　　19-21289-JNP<br><br>Chapter:　　　13<br><br>Judge:　　　Jerrold N. Poslusny, Jr. |

## CERTIFICATION OF SERVICE

1. I, __Amy J. Truss__ :

    ☐ represent ____ in this matter.

    ☑ am the Paralegal for __James DiMaggio__, who represents __Jennifer L. Hayes-Morris__ in this matter.

    ☐ am the ____ in this case and am representing myself.

2. On __March 11, 2022__, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

    MODIFIED PLAN
    CERTIFICATION OF DEBTOR IN SUPPORT OF COVID-19 CHAPTER 13 PLAN MODIFICATION
    NOTICE OF CHAPTER 13 PLAN TRANSMITTAL

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: __March 11, 2022__                        /s/ Amy J. Truss
　　　　　　　　　　　　　　　　　　　　　　　　　Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Global Lending Services<br>1200 Brookfield Blvd<br>Ste 300<br>Greenville, SC 29603 | Lender | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>   (as authorized by the court *) |
| Isabel C. Balboa, Chapter 13 Trustee<br>Cherry Tree Corporate Center<br>535 Route 38<br>Suite 580<br>Cherry Hill, NJ 08002 | Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>   (as authorized by the court *) |
| Jennifer L. Hayes-Morris<br>77 Henry Avenue<br>Elmer, NJ 08318 | Debtor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>   (as authorized by the court *) |
| Stewart Legal Group, PL<br>401 East Jackson Street<br>Suite 2340<br>Tampa, FL 33602 | Lender's Counsel | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>   (as authorized by the court *) |
| US Dept. of Justice<br>Office of the US Trustee<br>One Newark Center<br>Suite 2100<br>Newark, NJ 07102-5235 | US Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>   (as authorized by the court *) |
| Lynx Assets Services LLC<br>c/o Michael A. Alfieri, Esq.<br>Law Office of Michael Alfieri<br>30 Freneau Avenue<br>Matawan, NJ 07747 | Attorney for Secured Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>   (as authorized by the court *) |
| Santander Consumer USA Inc.<br>dba Chrysler Capital | Attorney for Secured Creditor | ☐ Hand-delivered<br>☐ Regular mail |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

*rev. 8/1/15*
Best Case Bankruptcy

| | | |
|---|---|---|
| c/o John R. Morton, Jr., Esq.<br>Law Offices of John R. Morton, Jr.<br>110 Marter Ave.<br>Moorestown, NJ 08057 | | ☐ Certified mail/RR<br>☐ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |

* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

*rev. 8/1/15*
Best Case Bankruptcy