Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  19−21289−JNP
Chapter:  13
Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Jennifer L. Hayes−Morris
   aka Jennifer L. Hayes
   77 Henry Ave
   Elmer, NJ 08318

Social Security No.:
   xxx−xx−1700

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on April 20, 2022.

Dated: April 21, 2022
JAN:

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                    Case No. 19-21289-JNP

Jennifer L. Hayes-Morris                                                  Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1                        User: admin                        Page 1 of 2
Date Rcvd: Apr 21, 2022                     Form ID: plncf13                    Total Noticed: 17

The following symbols are used throughout this certificate:
**Symbol       Definition**

+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
               regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 23, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jennifer L. Hayes-Morris, 77 Henry Ave, Elmer, NJ 08318-4133 |
| cr | + | LYNX ASSETS SERVICES LLC, 30 FRENEAU AVENUE, MATAWAN, NJ 07747-3390 |
| 518285665 | + | Financial Recoveries, Attn: Bankruptcy, 200 East Park Dr Ste 100, Mount Lurel, NJ 08054-1297 |
| 518285667 | + | Lynx Asset Services LLC, 30 Freneau Avenue, Matawan, NJ 07747-3390 |
| 518549798 | + | Santander Consumer USA Inc., Law Offices of John R. Morton, Jr., 110 Marter Ave., Suite 301, Moorestown, NJ 08057-3124 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern
Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Apr 21 2022 20:40:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Apr 21 2022 20:40:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: enotifications@santanderconsumerusa.com | Apr 21 2022 20:41:00 | Santander Consumer USA Inc. dba Chrysler Capital, PO Box 961278, Ft. Worth, TX 76161-0278 |
| 518299165 | + | Email/Text: enotifications@santanderconsumerusa.com | Apr 21 2022 20:41:00 | CHRYSLER CAPITAL, P.O. BOX 961275, FORT WORTH, TX 76161-0275 |
| 518285664 | + | Email/Text: convergent@ebn.phinsolutions.com | Apr 21 2022 20:41:00 | Convergent Outsourcing, Inc., Attn: Bankruptcy, Po Box 9004, Renton, WA 98057-9004 |
| 518337297 | | Email/Text: bankruptcy@glsllc.com | Apr 21 2022 20:39:00 | Global Lending Services LLC, 1200 Brookfield Blvd Ste 300, Greenville, South Carolina 29603 |
| 518285666 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 21 2022 20:40:00 | Internal Revenue Service, Centralized Insolvency Operation, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 518395514 | | Email/Text: JCAP_BNC_Notices@jcap.com | Apr 21 2022 20:41:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 518285668 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 21 2022 20:46:23 | Portfolio Recovery, Attn: Bankruptcy, 120 Corporate Blvd, Norfold, VA 23502 |
| 518406121 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 21 2022 20:46:24 | Portfolio Recovery Associates, LLC, c/o New York & Company, POB 41067, Norfolk VA 23541 |
| 518285669 | + | Email/Text: enotifications@santanderconsumerusa.com | Apr 21 2022 20:41:00 | Santander Consumer USA, Attn: Bankruptcy, Po Box 961245, Fort Worth, TX 76161-0244 |
| 518549797 | + | Email/Text: enotifications@santanderconsumerusa.com | Apr 21 2022 20:41:00 | Santander Consumer USA Inc., dba Chrysler Capital, PO Box 961278, Ft. Worth, TX 76161-0278 |

TOTAL: 12

District/off: 0312-1                                    User: admin                                              Page 2 of 2
Date Rcvd: Apr 21, 2022                                 Form ID: plncf13                                    Total Noticed: 17

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 23, 2022                          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 21, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Global Lending Services  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Gavin Stewart | on behalf of Creditor Global Lending Services  LLC bk@stewartlegalgroup.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| James DiMaggio | on behalf of Debtor Jennifer L. Hayes-Morris jdimaggio@keaveneylegalgroup.com jdimaggio@keaveneylegalgroup.com;atruss@keaveneylegalgroup.com |
| John R. Morton, Jr. | on behalf of Creditor Santander Consumer USA Inc. dba Chrysler Capital ecfmail@mortoncraig.com  mortoncraigecf@gmail.com |
| Michael A. Alfieri | on behalf of Creditor LYNX ASSETS SERVICES LLC vdumani@malfierilaw.com |
| Rebecca Ann Solarz | on behalf of Creditor Global Lending Services  LLC rsolarz@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 9