Form 173 – hrggeneral

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  19–21289–JNP
Chapter:  13
Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
 Jennifer L. Hayes–Morris
 aka Jennifer L. Hayes
 77 Henry Ave
 Elmer, NJ 08318

Social Security No.:
 xxx–xx–1700

Employer's Tax I.D. No.:

## NOTICE OF HEARING

 NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Jerrold N. Poslusny Jr. on

Date:   September 16, 2022
Time:   10:00 AM
Location:  4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

to consider and act upon the following:

*58* – Certification in Opposition to Trustee's Certification of Default (related document:57 Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Isabel C. Balboa. Objection deadline is 08/16/2022. (Attachments: # 1 Certification # 2 Proposed Order # 3 Certificate of Service) filed by Trustee Isabel C. Balboa) filed by Warren D. Levy on behalf of Jennifer L. Hayes–Morris. (Levy, Warren)

and transact such other business as may properly come before the meeting.

Dated: August 17, 2022
JAN: jpl

Jeanne Naughton
Clerk